IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SU-LIN DIAZ, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br>     Defendants. | Civil No. 5:20-cv-06305-JMG |

**ORDER**

**AND NOW**, this 16th day of July, 2021, upon consideration of Defendant's Motion to Dismiss (ECF No. 6) and Plaintiff's Response in Opposition to Defendant's Motion (ECF No. 7), **IT IS HEREBY ORDERED** that, for the reasons set forth in the accompanying Memorandum, Defendant's Motion is **GRANTED** and the Complaint is **DISMISSED with prejudice**. The Clerk of Court is directed to mark this action as **CLOSED**.

                                                      BY THE COURT:

                                                      */s/ John M. Gallagher* <br>
                                                      JOHN M. GALLAGHER <br>
                                                      United States District Court Judge